NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TRACEY SIMMONS-ROBERTS,**
*Petitioner,*

v.

**DEPARTMENT OF DEFENSE,**
*Respondent.*

---

2011-3056

---

Petition for review of the Merit Systems Protection Board in case no. DA0752100054-I-1.

---

## ON MOTION

---

## ORDER

Upon consideration of the motion to withdraw Cynthia D'Antonio-Brown as counsel for the petitioner, and the motion for a 21-day extension of time, until May 23, 2011, to file petitioner's brief,

IT IS ORDERED THAT:

The motions are granted. The revised official caption is reflected above.

FOR THE COURT

**MAY 0 2 2011**

Date

/s/ Jan Horbaly

Jan Horbaly

Clerk

cc: Cynthia R. D'Antonio, Esq.
    Alex P. Hontos, Esq.
    Tracey Simmons-Roberts (Informal brief form enclosed)

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

MAY 0 2 2011

**JAN HORBALY**
**CLERK**